**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 1:09-CV-00110** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Judge Ann Aldrich** |
| | ) | |
| **ROBERT E. JONES,** | ) | **Magistrate Judge Vecchiarelli** |
| | ) | |
| Defendant. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| | ) | |

On January 19, 2010, defendant Robert E. Jones filed a motion to suppress the fruits of a search conducted on February 17, 2009 [dkt. 33]. The case was referred to Magistrate Judge Vecchiarelli for a Report and Recommendation (R&R); the R&R was subsequently filed on April 7, 2010, recommending that the motion to suppress be denied [dkt. 45].

Neither party has filed an objection to the R&R. Accordingly, this court adopts the R&R in its entirety, and for the reasons stated therein, denies Jones's motion to suppress.

Because the parties have failed to file objections, they have waived their rights to appellate review. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). A trial date will be set in a separate order.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ann Aldrich*
　　　　　　　　　　　　　　　　　　　　　　ANN ALDRICH
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　　**Dated: April 21, 2010**